**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 20-22197-CIV-KING/REID

NIKO THOMPSON,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the September 18, 2020 Report and Recommendation ("R&R") (DE 4) of Magistrate Judge Lisette M. Reid. Plaintiff's objections were due by October 2, 2020; none were filed.

The R&R recommends dismissing this case for lack of jurisdiction since Plaintiff's motion to vacate, pursuant to 28 U.S.C. § 2255, is an unauthorized successive motion to vacate. (*See generally* R&R). Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Reid's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED**:

1. Magistrate Judge Lisette M. Reid's Report and Recommendation **(DE 4)** be, and the same hereby is, **AFFIRMED and ADOPTED** as an Order of this Court;

2. Plaintiff's Motion to Vacate pursuant to 28 U.S.C. § 2255 **(DE 1)** is hereby **DISMISSED for lack of jurisdiction**;

3. No Certificate of Appealability shall issue; and

4. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of October, 2020.

*(signature)*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**
**All counsel of record**